Mark E. Ellis - 127159
Brandon L. Reeves - 242897
Peter Vu - 274103
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
breeves@ellislawgrp.com
pvu@ellislawgrp.com

Attorneys for Plaintiff PINE GROVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINE GROVE, LLC, | Case No.: C 14-03107 VC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND TRIAL DATES |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, INC., | |
| Defendants. | |

**STIPULATION AND ORDER CONTINUING HEARING AND TRIAL DATES**

1.  On May 10, 2015, Plaintiff Pine Grove, LLC and Defendant Sun Life Assurance Company of Canada filed a stipulation and request that the Court continue pretrial and trial deadlines (Doc. 23) in this action so that the parties may have time to attend private mediation before spending the time and incurring the expense necessary to prepare for trial.

2.  On May 19, 2015, the Court held a telephonic Case Management Conference with counsel for Pine Grove and Sun Life to discuss their stipulation and request. At the conclusion of the CMC, the Court advised that it will continue the pretrial and trial dates, and the hearing date for Sun Life's motion for summary judgment (Doc. 25), to the following dates and times, on the condition that the parties first agree to the selection of a mediator, and confirm a date and time for the mediation to

STIPULATION AND ORDER CONTINUING HEARING AND TRIAL DATES

take place:

| | |
|---|---|
| Sun Life Motion for Summary Judgment: | August 20, 2015, 10:00 a.m. |
| Pretrial Conference: | September 21, 2015 |
| Jury Selection: | October 5, 2015, 8:30 a.m. |
| Trial: | October 6-9, 2015 |

(*See* 5/19/15 Minute Order [Doc. 33])

3. The parties now report that they are scheduled to mediate this dispute with the Hon. David A. Garcia (Ret.), at JAMS, on July 13, 2015. Accordingly, the parties request that the Court modify the scheduling order as discussed at the May 19, 2015 CMC, and enter an order with the new dates/deadlines as set forth above.

Dated: June 2, 2015

ELLIS LAW GROUP, LLP

By    /s/
   Mark E. Ellis
   Attorney for Plaintiff
   PINE GROVE, LLC

Dated: June 2, 2015

PAUL HASTINGS, LLP

By    /s/
   Cynthia M. Cohen
   Attorney for Defendant
   SUN LIFE ASSURANCE COMPANY OF CANADA

## ORDER

Pursuant to the parties' stipulation, the scheduling order is hereby modified as set forth above.

IT IS SO ORDERED.

Dated: June 3, 2015

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE